## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

JUSTIN OJEDA, pro se,

    Plaintiff,

v.                                                     Case No: 5:15-cv-432-Oc-30PRL

ROBERTA SNYDER and
RICARDO GONZALEZ,

    Defendants.
_____

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court sua sponte.  This Court entered an Order on October 26, 2015, which directed Plaintiff to pay the $400.00 required filing fee or file a motion to proceed *in forma pauperis* within twenty days of the Order or face dismissal of this action.  (Doc. 2).  Plaintiff has failed to pay the required filing fee or file a motion to proceed *in forma pauperis* within the time provided.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of November, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record